UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARC ALAN KEARNEY**<br>REG. # 62001-056 | : | **DOCKET NO. 2:22-cv-0338**<br>SECTION P |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MA'AT** | : | **MAGISTRATE JUDGE KAY** |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by the Respondent (doc. 15) be **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice, and this proceeding be terminated.

**THUS DONE AND SIGNED** in Chambers on this 12th day of September, 2022

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE